UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Karim Azero,<br><br>    Plaintiff,<br><br>v.<br><br>Pennsylvania Higher Education Assistance Agency dba FedLoan Servicing; and<br>Equifax Information Services, LLC,<br><br>    Defendants. | Case No. 4:23-cv-00235-ALM |

## NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Plaintiff Karim Azero, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant Equifax Informaton Services, LLC ("Equifax"). Plaintiff and Equifax are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Equifax will be finalized within the next sixty (60) days. Plaintiff's claims against Pennsylvania Higher Education Assistance Agency dba FedLoan Servicing remain pending.

Dated:    May 16, 2023

                                        /s/ Joseph Panvini
                                        Joseph Panvini
                                        McCarthy Law, PLC
                                        4250 North Drinkwater Blvd, Suite 320

                                                                        Scottsdale, AZ  85251
                                                                        Telephone: (602) 612-5016
                                                                        Fax: (602) 218-4447
                                                                        joe.panvini@mccarthylawyer.com
                                                                        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 16, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

    By:  */s/ Trescot Gear*