# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| Karim Azero,<br><br>　　　Plaintiff,<br><br>v.<br><br>Pennsylvania Higher Education Assistance Agency dba FedLoan Servicing; and<br>Equifax Information Services, LLC,<br><br>　　　Defendants. | §§§§§§§§§§§§§§§§ Case No. 4:23-cv-00235-ALM |

## NOTICE OF SETTLEMENT AS TO DEFENDANT PENNSYLVANIA HIGER EDUCATION ASSISTANCE AGENCY DBA FEDLOAN SERVICING

Plaintiff Karim Azero, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant Pennsylvania Higer Education Assistance Agency dba FedLoan Servicing ("FedLoan"). Plaintiff and FedLoan are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against FedLoan will be finalized within the next sixty (60) days. Plaintiff has now reached settlements with all Defendants.

Dated:　　December 27, 2023

　　　　　　　　　　　　　　　　　　　/s/ Joseph Panvini
　　　　　　　　　　　　　　　　　　　Joseph Panvini
　　　　　　　　　　　　　　　　　　　McCarthy Law, PLC
　　　　　　　　　　　　　　　　　　　4250 North Drinkwater Blvd, Suite 320

Scottsdale, AZ 85251  
Telephone: (602) 612-5016  
Fax: (602) 218-4447  
joe.panvini@mccarthylawyer.com  
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

<u>/s/ Joseph Panvini</u>