UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Karim Azero,<br><br>  Plaintiff,<br><br>v.<br><br>Pennsylvania Higher Education Assistance Agency dba FedLoan Servicing; and<br>Equifax Information Services, LLC,<br><br>  Defendants. | Case No. 4:23-cv-00235-ALM |

## STIPULATION OF DISMISSAL AS TO DEFENDANT PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY DBA FEDLOAN SERVICING

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant Pennsylvania Higher Education Assistance Agency dba FedLoan Servicing hereby jointly stipulate that Pennsylvania Higher Education Assistance Agency dba FedLoan Servicing may be dismissed with prejudice, that each claim Plaintiff asserted, or could have asserted, against Defendant Pennsylvania Higher Education Assistance Agency dba FedLoan Servicing is dismissed with prejudice, and that each party will bear its own fees and costs. All parties have now been dismissed and this matter may be dismissed in its entirety.

  Respectfully submitted March 18, 2024

| | |
|---|---|
| */s/ Joseph Panvini*<br>Joseph Panvini<br>McCarthy Law, PLC<br>4250 North Drinkwater Blvd, Suite 320 | */s/ Matthew K. Hansen*<br>Matthew K. Hansen<br>TX State Bar No. 24065368<br>mkhansen@lockelord.com |

1

Scottsdale, AZ  85251
Telephone: (602) 612-5016
Fax: (602) 218-4447
joe.panvini@mccarthylawyer.com
Attorney for Plaintiff

LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
(214) 740-8000
(214) 740-8800 (facsimile)
Counsel for Defendant FedLoan

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

/s/ Joseph Panvini